UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BENEDICTO SANCHEZ VARGAS,<br>Petitioner,<br>v.<br>WARDEN JEREMY CASEY, et al.,<br>Respondents. | Case No.: 3:26-cv-4223-CAB-VET<br><br>**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner Jose Benedicto Sanchez Vargas has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he claims that he is being incorrectly detained without a bond hearing under 8 U.S.C. § 1225 instead of 8 U.S.C. § 1226. [Doc. No. 1 ("Petition").] Respondents show, however, that Petitioner received a bond hearing on June 5, 2025. [Doc. No. 12 at 2; Doc. No. 12-2 at 1.] The Court therefore **DENIES** the Petition.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 11, 2026

Hon. Cathy Ann Bencivengo
United States District Judge